No. 931. CHICAGO, BURLINGTON & QUINCY RAILROAD Co. *v.* STATE TAX COMMISSION OF MISSOURI ET AL. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William H. Allen* for petitioner. *John C. Danforth,* Attorney General of Missouri, and *Louis C. DeFeo, Jr.,* and *Walter W. Nowotny, Jr.,* Assistant Attorneys General, for respondents.

No. 626. LYNCH, ATTORNEY GENERAL OF CALIFORNIA, ET AL. *v.* GILMORE ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *pro se,* and *Robert R. Granucci* and *George R. Nock,* Deputy Attorneys General, for petitioners.

No. 744. BETO, CORRECTIONS DIRECTOR *v.* SPENCER. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers, Jim Vollers,* and *Howard M. Fender,* Assistant Attorneys General, for petitioner. *Anthony G. Amsterdam, Michael D. Matheny,* and *Jack Greenberg* for respondent.

No. 836. POST ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Edward Bennett Williams* and *Raymond W. Bergan* for Post et al., and *Thomas R. Dyson, Jr.,* for Pickett, petitioners. *Solicitor General Griswold* for the United States.